UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NADIA GREENBERG and ROBERT GREENBERG

                        Plaintiff,

-against-

                                               04 CIV 9027 (CSH) (GWG)

                                               **DEFAULT JUDGMENT**

DR. BRAD JACOBS
                        Defendant.
-----------------------------------------------------------------X

    STATE OF NEW YORK       )
                                     ) SS:
    COUNTY OF WESTCHESTER   )

By Order dated December 1, 2005, the firm Bartels & Feureisen, LLP was relieved from further responsibility as counsel for co-plaintiff Robert Greenberg in the above captioned case and co-plaintiff Robert Greenberg having been ordered to either (a) cause successor counsel to enter a notice of appearance on his behalf, or (b) send a letter to the Clerk of the Court declaring his intention to proceed in the case pro se on or before January 6, 2006, and co-plaintiff Robert Greenberg not having caused successor counsel to enter a notice of appearance on his behalf and not having sent a letter to the Clerk of the Court declaring his intention to proceed in the case pro se, and the time for compliance having expired, it is

ORDERED, ADJUDGED AND DECREED: That a judgment of default be entered against co-plaintiff Robert Greenberg, dismissing the complaint as to him with prejudice; and it is further

ORDERED, ADJUDGED AND DECREED: That this default judgment shall have no effect upon the case of co-plaintiff Nadia Greenberg against the defendant.

Dated: New York, New York
    January 20, 2006

SO ORDERED:

Charles S. Haight
United States Senior District Judge


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____